# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

**VS.**

**Linderal Tashel Petties**
**Defendant**

**Case Number: CR-23-331-JD**

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings unless and until relieved by order of the Court. **Sanjuanita Martinez**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. ____________________

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. ____________________

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Monday, August 21, 2023
Date

Amanda Maxfield Green
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

SR-03-2020