# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

**APPEARANCE**
Case Number: CR-23-331-JD

v.

LINDERAL TASHEL PETTIES,

*Defendant.*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant:

LINDERAL TASHEL PETTIES

I certify I am admitted to practice in this court.

August 24, 2023
*Date*

s/Sanjuanita A. Martinez
*Signature*
Sanjuanita A. Martinez
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
(405) 609-5967 (phone)
(405) 609-5932 (fax)
sanjuanita_martinez@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

AUSA Travis Leverett

and any other parties of record in this case.

*s/ Sanjuanita A. Martinez*
Sanjuanita A. Martinez