**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-23-331-JD** |
| | ) | |
| **LINDERAL TASHEL PETTIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE JURY TRIAL**

Defendant, Linderal Tashel Petties, respectfully requests this Court, pursuant to Local Criminal Rule 12.1(f), to enter an order continuing the trial in this case from the October 10, 2023, trial docket to the November 2023 trial docket. In compliance with Local Criminal Rule 12.1(f), counsel submits the following information in support of her request:

1. On August 16, 2023, Ms. Petties was charged in an Indictment with a violation of 21 U.S.C. § 846 by knowingly and intentionally conspiring to distribute approximately 400 grams of fentanyl. (Doc. 1). The Defendant entered a plea of not guilty on August 21, 2023, before Magistrate Judge Amanda Maxfield Green, triggering the time limits of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). (Doc. 23). The Speedy Trial Act requires the trial to commence within 70 days of the August 21, 2023 appearance, or no later than October 30, 2023. Magistrate Judge

Green scheduled the jury trial on this Court's October 10, 2023 docket. (Doc. 23). A continuance of the jury trial to the Court's November 7, 2023, docket will implicate the Speedy Trial Act.

2. Defense counsel asserts a continuance is necessary to negotiate and finalize a plea agreement that would resolve this case. It is unlikely plea negotiations will be completed by the October trial docket.

3. Pursuant to 18 U.S.C. § 3161(h) certain periods of delay are excluded in computing the time within which a trial must commence. Any period of delay resulting from a continuance is excludable if the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. In determining whether to grant a continuance under 18 U.S.C. § 3161(h)(7)(A), the Court must consider certain statutory factors, including the following:

> [w]hether the failure to grant such a continuance in the proceeding would result in a miscarriage of justice.

18 U.S.C. § 3161(h)(7)(B)(i); and

> [w]hether the failure to grant such a continuance in a case … would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(7)(B)(iv).

5. Ms. Petties is out of custody and is following her pretrial release conditions.

6. Ms. Petties was consulted about this motion and agrees with the request for the continuance. Ms. Petties has executed a Speedy Trial Waiver. Doc. 31.

7. Defense counsel has spoken with Assistant United States Attorney Travis Leverett and is authorized to state he has no objection to a continuance of the jury trial docket.

8. No prior extensions have been sought in this matter.

WHEREFORE, above premises considered, Ms. Petties respectfully requests the Court to continue this case to the November 2023 trial docket.

Respectfully submitted,

s/ *Sanjuanita A. Martinez*
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
Telephone: 405-609-5941
Fax: 405-609-5934
sanjuanita_martinez@fd.org
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on September 28, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Travis Leverett, Assistant United States Attorney.

s/ *Sanjuanita A. Martinez*
SANJUANITA A. MARTINEZ