**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. CR-23-331-JD |
| | ) | |
| LINDERAL TASHEL PETTIES, | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION
TO CONTINUE JURY TRIAL**

Defendant, Linderal Tashel Petties, respectfully requests this Court, pursuant to Local Criminal Rule 12.1(f), to enter an order continuing the trial in this case from the November 7, 2023, trial docket to the December 2023 trial docket. In compliance with LCrR 12.1(f), counsel submits the following information in support of her request:

1.      On August 16, 2023, Ms. Petties was charged in an Indictment with a violation of 21 U.S.C. § 846 by knowingly and intentionally conspiring to distribute approximately 400 grams of fentanyl. (Doc. 1). The Defendant entered a plea of not guilty on August 21, 2023, before Magistrate Judge Amanda Maxfield Green, triggering the time limits of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). (Doc. 23). The Speedy Trial Act requires the trial to commence within 70 days of the August 21, 2023 appearance, or no later than October 30, 2023. Magistrate Judge

1

Green scheduled the jury trial on this Court's October 10, 2023 docket. (Doc. 23).

2.     On September 29, 2023, Counsel filed a motion to continue the jury trial from October 2023 to November 2023. (Doc. 35). The Court granted the motion and continued the jury trial to the November 7, 2023 trial docket. (Doc. 43).

3.     Defense counsel asserts a continuance is necessary to continue to negotiate and finalize a plea agreement that would resolve this case.

4.     Pursuant to 18 U.S.C. § 3161(h) certain periods of delay are excluded in computing the time within which a trial must commence. Any period of delay resulting from a continuance is excludable if the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5.     In determining whether to grant a continuance under 18 U.S.C. § 3161(h)(7)(A), the Court must consider certain statutory factors, including the following:

> [w]hether the failure to grant such a continuance in the proceeding would result in a miscarriage of justice.

18 U.S.C. § 3161(h)(7)(B)(i); and

> [w]hether the failure to grant such a continuance in a case … would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(7)(B)(iv).

6. Ms. Petties is out of custody and is following her pretrial release conditions.

7. Ms. Petties was consulted about this motion and agrees with the request for the continuance. A speedy trial waiver will be filed within ten days.

8. Defense counsel has spoken with Assistant United States Attorney Travis Leverett and is authorized to state he has no objection to a continuance of the jury trial docket.

9. One previous extension of the jury trial has been sought in this matter.

WHEREFORE, above premises considered, Ms. Petties respectfully requests the Court to continue this case to the December 2023 trial docket.

Respectfully submitted,

s/ *Sanjuanita A. Martinez*
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
Telephone: 405-609-5941
Fax: 405-609-5934
sanjuanita_martinez@fd.org
Counsel for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that on  October 20, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Travis Leverett, Assistant United States Attorney.

s/ *Sanjuanita A. Martinez*
SANJUANITA A. MARTINEZ