# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. **CR-23-331-JD** |
| | ) | |
| LINDERAL TASHEL PETTIES, | ) | Violation: 21 U.S.C. § 846 |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1
### (Drug Conspiracy)

Beginning in or about July 2023, the exact date being unknown, and continuing through on or about July 19, 2023, in the Western District of Oklahoma and elsewhere,

------------------------------ **LINDERAL TASHEL PETTIES**---------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others to interdependently possess with intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which

is found in Title 21, United States Code, Section 841(b)(1)(C).

ROBERT J. TROESTER
United States Attorney

TRAVIS LEVERETT
Assistant United States Attorney