# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: __CR-23-331-JD__

Charging Document: **SS Information**   No. of Defendants: _1_   Total No. of Counts: _1_   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ✓   McGirt: Y ☐   Warrant ☐   Summons ☐   Notice ✓   N ✓
N ✓   N ☐   N ✓   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                    By: __cb__

| | |
|---|---|
| Name: **Linderal Tashel Petties** | |
| Alias(es): | Address: Ardmore OK 73401 |
| | FBI No.: |
| DOB: 1993    SSN: XXX-XX-XXXX | Race: Black    Interpreter: Y ☐   N ✓ |
| Sex:  M ☐  F ✓    Juvenile: Y ☐  N ✓ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| | |
|---|---|
| ✓ Not in Custody          ☐ Detention Requested | Complaint:    Y ☐    N ✓ |
| ✓ Type of Bond: __Unsecured__ | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at: _____ | |
| Inmate/Prisoner/Register No.: _____ | Previously Detained:    Y ☐    N ✓ |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ✓ Public Defender | Name: _Sanjuanita Martinez_ | AUSA: _Travid Leverett_ |
| ☐ CJA Panel | Address: _215 Dean A. McGee, Ste. 109_  _Oklahoma City OK 73102_ | Agent /Agency: _HSI_ |
| ☐ Retained | Phone: _(405) 609-5967_ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(C) - NMT 20 years imprisonment; $1,000,000 fine, or both; NLT 3 years S/R; $100 S/A |

**Signature of AUSA:** _s/Travis Leverett_          **Date:** _10/27/2023_