**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. CR-23-331-JD |
| | ) | |
| LINDERAL TASHEL PETTIES, | ) | |
| | ) | |
| *Defendant*. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S MOTION FOR COMBINED PLEA AND SENTENCE**

Defendant, Linderal Tashel Petties, requests leave to file her motion for combined plea and sentence under seal. In support of this application, counsel submits the following:

1) Pursuant to LCrR12.2, counsel believes it is necessary, in order to represent Ms. Petties effectively in this proceeding, to file the motion under seal. The motion will contain confidential information that does not need to be, and should not be made, part of the record.

2) Travis Leverett, Assistant United States Attorney, does not object to the filing of this application.

WHEREFORE, Counsel for Linderal Tashel Petties request this Court issue an Order permitting the filing of Defendant's motion under seal.

Respectfully submitted,

s/ *Sanjuanita A. Martinez*
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
Telephone: 405-609-5941
Fax: 405-609-5934
sanjuanita_martinez@fd.org
Counsel for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that on October 31, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Travis Leverett, Assistant United States Attorney.

s/ *Sanjuanita A. Martinez*
SANJUANITA A. MARTINEZ