**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-23-00331-JD-002 |
| | ) | |
| LINDERAL TASHEL PETTIES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court is Defendant Linderal Tashel Petties's Unopposed Motion for Combined Plea and Sentencing Hearing filed pursuant to LCrR11.1 ("Motion"). [Doc. No. 53 (Sealed)]. Petties executed a plea agreement with the government, which has been submitted to the Court for its consideration. Petties also filed a waiver of her speedy-trial rights. [Doc. No. 54]. While she understands her speedy trial rights, she does not intend to exercise her right to a jury trial in this matter. Rather, she seeks a combined plea and sentencing proceeding, as allowed by Local Criminal Rule 11.1. The government does not oppose the request. Consistent with LCrR11.1, the Court GRANTS the Motion.

The Court finds that delay resulting from granting Petties' Motion and providing a combined plea and sentencing proceeding for Petties is excludable under the Speedy Trial Act as a "proceeding[] concerning the defendant." 18 U.S.C. § 3161(h)(1). Additionally, the Court finds that the presentence investigation report will assist it in considering the parties' plea agreement. Thus, the Court also excludes the "delay resulting from consideration by the court of a proposed plea agreement to be entered into by the

defendant and the attorney for the Government." *Id.* § 3161(h)(1)(G). Finally,

considering the statutory factors, among others, *see id.* § 3161(h)(7)(B), and the status of

this proceeding, the Court finds that continuing this matter pending a combined plea and

sentencing proceeding serves the ends-of-justice and that such action outweighs the best

interest of the public and the defendant in a speedy trial, such that any such delay is

excluded, *id.* § 3161(h)(7)(A).

Accordingly, the Court REFERS the case to the United States Probation Office for

the preparation of a presentence investigation report, and DIRECTS the United States

Probation Office to conduct a presentence investigation under Federal Rule of Criminal

Procedure 32(c) and to submit the presentence investigation report to Petties, her counsel,

counsel for the government, and the Court.

The Court DIRECTS Petties to cooperate with the probation officer so that the

presentence investigation report may be promptly prepared and submitted to the Court.

The Court anticipates setting a combined plea and sentencing hearing following receipt of

the final presentence investigation report. The Court CONTINUES trial and further

proceedings in this matter pending receipt of the final presentence investigation report by

the Court and the hearing on the combined proceeding.

IT IS SO ORDERED this 22nd day of November 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE