**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. **CR-23-331-JD** |
| | ) | |
| LINDERAL TASHEL PETTIES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

The United States respectfully moves to dismiss the Indictment returned on August 16, 2023, without prejudice as to Defendant Linderal Tashel Petties, in the best interest of justice. On November 28, 2023, our office was notified that Ms. Linderal Tashel Petties was found deceased. Therefore, the United States moves to dismiss without prejudice the Indictment returned on August 16, 223 as to Defendant Linderal Tashel Petties only.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/TRAVIS LEVERETT
TRAVIS LEVERETT
Assistant United States Attorney
Bar Number: TX 24106200
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8855 (Office)
(405) 553-8888 (Fax)
Travis.Leverett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  All Attorneys on record.

s/Travis Leverett
Assistant U.S. Attorney