# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,           )
                                    )
      Plaintiff,                  )
                                    )
v.                                  )     Case No.  CR-23-00331-JD-002
                                    )
LINDERAL TASHEL PETTIES,            )
                                    )
      Defendant.                  )

## ORDER

Before the Court is the Amended Motion to Dismiss Without Prejudice ("Motion") filed by the United States of America. [Doc. No. 58]. The Motion requests that the Court dismiss the Indictment filed in this case on August 16, 2023 and the Superseding Information filed in this case on October 27, 2023 [Doc. Nos. 16, 47] against Defendant Linderal Tashel Petties without prejudice under Federal Rule of Criminal Procedure 48(a). The Motion explains that on November 28, 2023, the United States Attorney's Office was notified that Defendant Linderal Tashel Petties was found deceased.

Under Federal Rule of Criminal Procedure 48(a), the Court GRANTS the Amended Motion to Dismiss Without Prejudice [Doc. No. 58] and DISMISSES the Indictment filed on August 16, 2023 and the Superseding Information filed on October 27, 2023 [Doc. Nos. 16, 47] as to Defendant Linderal Tashel Petties WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's bond, if any, be exonerated.

IT IS SO ORDERED this 11th day of December 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE