OKWD Revised AO 442 (1/16/15)

2364-ca17-1558-J

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case Number: CR-23-331-JD |
| | ) | |
| | ) | |
| LINDERAL TASHEL PETTIES | ) | **RECEIVED** |
| *Defendant* | ) | |

**ARREST WARRANT**

**RECEIVED**

**AUG 1 7 2023**

**U.S. MARSHALS W/OK**

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LINDERAL TASHEL PETTIES ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 DRUG CONSPIRACY
18:924(d) & 21:853 & 28:2461(c) CRIMINAL FORFEITURE



*WARRANT ISSUED:*
4:32 pm, Aug 16, 2023
CARMELITA REEDER SHINN, Clerk

By: _____
*Deputy Clerk*

**Emily Wilkinson, Deputy Clerk**
**Oklahoma City, Oklahoma**

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ ARRESTED ON: __08/23/2023__ _____ |
| *Arresting officer's signature* |
| WITHIN THE __W__ DISTRICT OF __OK__ |
| BY: __HSI__ _____ |
| *Printed name and title* |